IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES F. HUNT           )
                                 )     No. 3-12-0464
v.                        )
                                 )
CSX TRANSPORTATION, INC.    )

O R D E R

The parties' joint motion to continue status conference (Docket Entry No. 14) is GRANTED.

The telephone conference call, scheduled by order entered July 5, 2012 (Docket Entry No. 13), on October 19, 2012, is RESCHEDULED to **Friday, October 26, 2012, at 10:00 a.m.,** to be initiated by plaintiff's counsel, to address the status of the case, the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge