IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES F. HUNT )
) No. 3-12-0464
v. )
)
CSX TRANSPORTATION, INC. )

O R D E R

Pursuant to the order entered January 9, 2013 (Docket Entry No. 21), counsel for the parties called the Court on March 6, 2013, at which time the following matters were addressed:

1. The February 28, 2013, deadline for completion of fact discovery is extended to May 3, 2013, for the purpose of taking the discovery deposition of Dr. Cutwright on March 21, 2013, and Dr. Vaughan Allen no later than May 3, 2013.[1]

Counsel advised that the depositions of the plaintiff and the defendant's employees/representatives have been taken, and that depositions of Dr. Cutwright and Dr. Allen are the only remaining discovery depositions to be taken.

2. Any depositions for proof shall be taken no later than September 4, 2013.[2]

3. Defendant's counsel represented that it appeared that there was little chance of settlement in this case at this juncture.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] With defendant's agreement, plaintiff's counsel expects to participate by telephone in Dr. Allen's discovery deposition.

[2] The April 29, 2013, deadline for completion of expert discovery has not been changed.