# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES F. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-00464 |
| vs. ) | District Judge Nixon |
| ) | Magistrate Judge Juliet E. Griffin |
| CXS TRANSPORTATION, INC., ) | |
| a Virginia corporation ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed Civil Rule 41(a)(1)(ii), the parties hereby stipulate to dismissal of this action without prejudice.

Respectfully Submitted,

/s/Michael Hamilton
Michael Hamilton (Bar #10720)
mhamilton@provostumphrey.com
PROVOST UMPHREY LAW FIRM, LLP
2021 Richard Jones Road, Suite 300
Phone: (615)242-0199
Fax: (615)256-5922

/s/Claude W. Anderson, Jr
Claude W. Anderson, Jr
woody@moodyrrlaw.com
THE MOODY LAW FIRM, INC
500 Crawford Street, Suite 300
Portsmouth, Virginia 23705
Phone: (757)393-4093
Fax: (757)397-7257
*Attorney for Plaintiff*

/s/Mary Taylor Gallagher
Mary Taylor Gallagher
mtgallegher@gsrm.com

              GULLETT SANFORD ROBINSON &
              MARTIN, PLLC
              150 Third Avenue South, Suite 1700
              Nashville, TN 37201
              Phone: (615)244-4994
              Fax: (615)256-6339
              *Attorney for Defendant*