IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES F. HUNT, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-cv-00464 |
| | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| CXS TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## ORDER

The parties to this action have filed a Stipulation of Dismissal, requesting the Court dismiss Plaintiff's claims without prejudice. (Doc. No. 23.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED without prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the 8 day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT