UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JAMES F. HUNT | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12cv00464 |
| | ) | Judge Nixon |
| v. | ) | |
| CSX TRANSPORTATION, INC. | ) | |
| Defendant. | ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on May 8, 2013.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney